IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00127-WJM-CBS | Date:  May 26, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                          *Counsel:*

ROCKY MOUNTAIN WILD INC,                  Matthew Sandler
                                                                       Travis Stills

Plaintiff,

v.

UNITED STATES FOREST SERVICE,         Zeyen Wu

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 03:00 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *MOTION [29] to Modify Scheduling Order.* Argument by counsel in regards to the motion.

**ORDERED:**     *MOTION [29] to Modify Scheduling Order* is **GRANTED** to the extent that it seeks a one day extension for its initial release.  The motion is **DENIED** to the extent it seeks relief from the weekly production.  The defendant MUST adhere to the schedule that was set.

The defendant shall produce documents by this Friday, **May 29, 2015 at 5:00 p.m.** and shall produce documents every Friday thereafter.

The defendant has not been making weekly productions.  To date, they have made 3 productions.

HEARING CONCLUDED.
**Court in recess: 03:19 p.m.**    Total time in court: 00:19

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.